JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN COTA,<br><br>　　　　Petitioner,<br><br>vs.<br><br>K. HARRINGTON, AND ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondents. | ) Case No. CV 10-1628-CAS(RC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

　　IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED as untimely.

DATE: April 1, 2010

　　　　　　　　　　　　　　　_/s/ Christina A. Snyder_
　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

R&R-MDO\10-1628.JUD
3/31/10